## TERRANCE WORTHAM *v.* COMMISSIONER OF CORRECTION

The petitioner Terrance Wortham's petition for certification for appeal from the Appellate Court, 104 Conn. App. 528 (AC 27776), is denied.

*Michael Roussos*, special public defender, in support of the petition.

*Adam E. Mattei,* special deputy assistant state's attorney, in opposition.

Decided January 23, 2008